

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00017-CV

---

JATIA BLUNT, APPELLANT

V.

REAL STAR PROPERTY MANAGEMENT, APPELLEE

---

On Appeal from the County Court at Law No. 1
Bell County, Texas
Trial Court No. 21CCV91477, Honorable Jeanne Parker, Presiding

---

February 7, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Jatia Blunt, proceeding pro se, filed a notice of appeal from the trial court's judgment without paying the requisite filing fee.[1]  By letter of January 5, 2022, the Clerk of this Court notified Blunt that the filing fee was overdue and that unless she was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

the filing fee by January 18 would result in dismissal of the appeal. To date, Blunt has not paid the filing fee or sought leave to proceed without payment of court costs.

Because Blunt has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam